E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: 510-970-4828
    E-mail: Elizabeth.Landgraf@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DON CARL JAMES HALLSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,[1]<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.  5:23-cv-01781-SP<br><br>JUDGMENT OF REMAND |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The Court having approved the parties' Stipulation to Remand Pursuant to 42
2  U.S.C. § 405(g), Sentence Four ("Stipulation to Remand"), IT IS HEREBY
3  ORDERED, ADJUDGED, AND DECREED that the above-captioned action is
4  remanded to the Commissioner of Social Security for further proceedings consistent
5  with the Stipulation to Remand.

7  DATED: February 28, 2024    _____
                                HONORABLE SHERI PYM
                                UNITED STATES MAGISTRATE JUDGE

2