STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Don Carl James Hallstrom

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION

| | |
|---|---|
| DON CARL JAMES HALLSTROM, | |
| Plaintiff, | CASE NO.: 5:23-CV-01781-SP |
| -v- | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

# ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the non-opposition of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that **attorney fees** in the amount of Seven Thousand Two Hundred Seventy Dollars and Zero Cents ($7,270.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group
250 S Clinton St Ste 210
Syracuse NY 13202**

So ordered.

Date: June 5, 2024

_____

Sheri Pym
United States Magistrate Judge